IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joe G. Hixson,

        Plaintiff,

vs.

Case 2:07-cv-437

Secretary of Health and
Human Services

Judge Watson

        Defendant.

## ORDER

On August 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner with directions for an award of benefits for the period July 22, 2001, through March 15, 2005. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner is hereby **REVERSED** and this action is **REMANDED** to the Commissioner pursuant to Sentence 4 of 42 U.S.C. §405(g) with directions for an award of benefits consistent with the foregoing.

                                                  Michael H. Watson, Judge
                                                  United States District Court